IRVING VAN WIE, Respondent, *v.* STEPHEN A. EMMONS et al.,
Appellants.

*Van Wie* v. *Emmons,* 82 Hun, 614, affirmed.
(Argued March 2, 1897; decided March 16, 1897.)

APPEAL from a judgment of the General Term of the
Supreme Court in the fourth judicial department, entered
December 10, 1894, which affirmed a judgment in favor of
plaintiff entered upon the report of a referee.

*William Kennedy* for appellants.

*G. W. O'Brien* and *Louis Marshall* for respondent.

Judgment affirmed, with costs; no opinion.
All concur, except MARTIN, J., not sitting, and GRAY, J.,
absent.

---

AUGUST NITSCH, Respondent, *v.* THE AMERICAN CENTRAL
INSURANCE COMPANY, Appellant.

*Nitsch* v. *American Central Ins. Co.,* 83 Hun, 614, affirmed.
(Argued March 2, 1897; decided March 16, 1897.)

APPEAL from a judgment and order of the General Term
of the Supreme Court in the second judicial department,
entered December 15, 1894, which affirmed a judgment in
favor of plaintiff entered upon a verdict directed by the
court, and also affirmed an order denying a motion for a new
trial on a case and exceptions.

*I. N. Ames* for appellant.

*William Riley* for respondent.

Judgment and order affirmed, with costs; no opinion.
All concur.